HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KUNAL BANSAL, an individual, d/b/a LAVICHEATS.COM; and DOES 1-30, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-1111-TSZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE |

THIS MATTER came before the Court on Plaintiff Bungie, Inc.'s *Ex Parte* Motion for Alternative Service ("Motion"). The Court, having considered Plaintiff's Motion and supporting Declarations and being fully apprised on the matter, hereby ORDERS as follows:

   1.    Plaintiff's Motion is GRANTED;

   2.    Pursuant to FED. R. CIV. P. 4(f)(3), Plaintiff is authorized to serve Defendant Kunal Bansal with the Summons and Complaint by (a) sending copies to the email address kunalbansal922@gmail.com, and (b) posting a link to the Summons and Complaint in the "MediaSection" public discussion forum on the Lavicheats website, lavicheats.com.

   SO ORDERED this _____ day of _____, 2021.


_____
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MTN FOR ALTERNATIVE SERVICE
(Case No. 2:21-cv-1111-TSZ) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1

2   Presented by:

3   FOCAL PLLC

4   By:   *s/ Stacia N. Lay*
           *s/ Venkat Balasubramani*
5         Stacia N. Lay, WSBA #30594
          Venkat Balasubramani, WSBA #28269
6         900 1st Avenue S., Suite 201
          Seattle, Washington 98134
7         Tel: (206) 529-4827
          Fax: (206) 260-3966
8         Email: stacia@focallaw.com
          Email: venkat@focallaw.com
9
10  Attorneys for Plaintiff Bungie, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING MTN FOR ALTERNATIVE SERVICE
(Case No. 2:21-cv-1111-TSZ) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966