HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KUNAL BANSAL, an individual, d/b/a; LAVICHEATS.COM; and DOES 1-30, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-1111-TSZ<br><br>DECLARATION OF ALLISON NIXON IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE<br><br>NOTE ON MOTION CALENDAR:<br>September 17, 2021 |

I, Allison Nixon, declare and state as follows:

1. I am over the age of 21 years. I make this Declaration based upon personal knowledge unless otherwise stated, in which case I believe the information to be true, or based upon documents maintained by Unit 221B, LLC in the ordinary course of its business or publicly-available documents.

2. I am the Chief Research Officer for Unit 221B, LLC ("Unit 221B"), an investigative and threat-intelligence company that specializes in advanced cyber investigations. I have approximately 10 years of experience in the field of cyber intelligence.

3. As part of its investigation of this matter, Bungie—through its counsel in this action, Focal PLLC—retained Unit 221B to conduct a cyber investigation of the website <lavicheats.com> (the "Lavicheats Website"), including any individuals and/or business entities affiliated with the website and its business.

DECLARATION OF ALLISON NIXON
(Case No. 2:21-cv-1111-TSZ) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

4. On the Lavicheats Website, cheating software for Bungie's online, multiplayer first-person shooter game "Destiny 2" is marketed, offered for sale, sold, distributed and/or supported. Based on Unit 221B's investigation, the commercial business of marketing, selling, distributing, and supporting the cheating software for Destiny 2 appears to be conducted entirely online via the Lavicheats Website and other online platforms on which the Lavicheats are promoted and supported. For example, customers select and purchase the cheating software via the Lavicheats Website online store, pay for the cheating software via online payment processors, and are directed to download the cheating software once the license key is validated.

5. Using industry standard internet research tools, Unit 221B identified Defendant Kunal Bansal, a/k/a "Lavi", an individual believed to reside in Bathinda, India, as the owner, operator, and/or administrator of the Lavicheats Website.

6. Mr. Bansal also maintains a consistent web presence across online platforms, including to promote the Lavicheats and to facilitate sales and support of the cheats. For example, Mr. Bansal posts on <elitepvpers.com> under the user name "kunalbansal" to advertise both the Lavicheats Website and his other business that sells user accounts for video games (a business which also uses the "Lavi" name, specifically, "LaviAccounts"). Similarly, Mr. Bansal regularly posts on Discord (a VoIP (Voice over Internet Protocol), instant messaging, and digital distribution platform) using the handle "Lavi" to advertise Lavicheats and to facilitate the sale and support of the cheats.

7. The Lavicheats Website does not include any physical address for the business or Mr. Bansal, nor does it identify any business entity as the owner or operator of the website and its commercial business. Searches of numerous databases by Unit 221B—including Dun & Bradstreet, Opencorporates.com, the Ministry of Corporate Affairs for Indian businesses, the Hong Kong Companies Registry, Corporations Canada, and Companies House for the United Kingdom—did not identify any business entity including the name Lavicheats (or the alternative spelling "Lavacheats") or in the name of Kunal Bansal of Bathinda, India.

8. Additionally, according to "Whois" data, the domain name for the Lavicheats

DECLARATION OF ALLISON NIXON
(Case No. 2:21-cv-1111-TSZ) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  Website, which is registered with the U.S.-based registrar Namecheap, Inc., is registered using a
2  privacy service that hides the name and address of the individual or entity who registered the
3  domain.

4      9.    However, as part of its investigation, Unit 221B reviewed "start-of-authority" or
5  SOA records—which are part of the DNS (domain name system) record for a website domain—
6  for the Lavicheats Website. SOA records include email addresses provided by, as relevant here,
7  the domain name registrant as the point of contact for technical issues related to the domain. Two
8  different industry standard internet research tools—Zetalytics.com and Farsight.com—reported
9  that the SOA record for the Lavicheats Website domain included the following email address for
10  the domain registrant: kunalbansal922@gmail.com.

11      10.    Subsequent investigation by Unit 221B identified a telephone number tied to
12  Mr. Bansal in India, which number was in turn associated with the following email address
13  connected to Mr. Bansal: kunalbansal922@gmail.com. The telephone number was confirmed to
14  be active as of August 13, 2021, according to a HLR or "Home Location Register" lookup,
15  which determines whether a number is valid and is currently active in a mobile network (among
16  other information).

17      11.    On August 17, 2021, Unit 221B sent an email to the email address identified
18  above, namely, kunalbansal922@gmail.com. Although Unit 221B received no response to the
19  email, it did not "bounce" back nor was it otherwise flagged as undeliverable.

20      12.    Unit 221B's investigation—specifically, the registration of the email address in
21  the SOA record for the Lavicheats Website, the connection of that email address to a telephone
22  number linked to Mr. Bansal, and the absence of a "bounce-back" of an email sent to that email
23  address—strongly suggests that Mr. Bansal, the administrator of the Lavicheats Website,
24  receives emails sent to that address and that the email address is valid and functional.
25  //
26  //
27  //

DECLARATION OF ALLISON NIXON
(Case No. 2:21-cv-1111-TSZ) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1       I declare under penalty of perjury under the laws of the United States that the foregoing is
2 true and correct to the best of my knowledge.
3       Executed this 17th day of September, 2021, at Harrison, New Jersey.

DocuSigned by:<br>
<i>Allison Nixon</i><br>
—859DE240C5254BA...—<br>
ALLISON NIXON

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DECLARATION OF ALLISON NIXON
(Case No. 2:21-cv-1111-TSZ) – 4

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966