UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

          Plaintiff,

  v.

KUNAL BANSAL, et al.,

          Defendants.

C21-1111 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion, docket no. 13, for entry of default against Defendant Kunal Bansal is DENIED without prejudice. On September 22, 2021, the Court entered an order, docket no. 10, allowing Plaintiff to serve Defendant Bansal by "(a) sending copies to the email address kunalbansal922@gmail.com, and (b) posting a link to the Summons and Complaint in the 'MediaSection' public discussion forum on the Lavicheats website, lavicheats.com." Plaintiff's affidavit, docket no. 11, of service of summons and complaint on Defendant Bansal explains that plaintiff's counsel did not publicly post the link. Though plaintiff's counsel submitted a post to the "MediaSection" public discussion forum on the Lavicheats website, other members of the Lavicheats website could not see the submission. Docket no. 11 at ¶ 7. For the foregoing reason, the Court concludes that Plaintiff did not serve Defendant Bansal in accordance with the Court's order, docket no. 10.

(2) Plaintiff's *ex parte* motion, docket no. 15, to vacate or stay the initial disclosure and joint status report deadlines is GRANTED in part, and DENIED in part, as follows. The Court hereby EXTENDS the following deadlines: FRCP 26(f)

MINUTE ORDER - 1

Conference Deadline is January 3, 2022, Initial Disclosure Deadline is January 17, 2022, and Joint Status Report is due by January 17, 2022.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of November, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2