UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                Plaintiff,

    v.

KUNAL BANSAL,

                Defendant.

C21-1111 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's *ex parte* motion to determine sufficiency of service or for an extension of the service deadline is GRANTED in part and DENIED in part, as follows. Though Plaintiff submitted a forum post for approval, *see* docket no. 11, the Court concludes that Plaintiff did not post a link to the Summons and Complaint in the "MediaSection" public discussion forum on the Lavicheats website, lavicheats.com, pursuant to the Court's order, docket no. 10. Plaintiff shall have an additional sixty (60) days to serve the Summons and Complaint on Defendant Bansal. Plaintiff shall serve the Summons and Complaint on Defendant Bansal no later than January 18, 2022. All other relief not expressly granted herein is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of November, 2021.

                                                Ravi Subramanian
                                                Clerk

                                                s/Gail Glass
                                                Deputy Clerk

MINUTE ORDER - 1