# EXHIBIT 3

LAVI
NEXT LEVEL CHEATING

EXISTING USER? SIGN IN ▾        SIGN UP

STATUS        CHEATS INFO ▾        STORE ▾        DOWNLOADS        🔍 Search...

🏠 Home > Public Discussions > MediaSection

☰ All Activity

# MediaSection

Videos, Wins And information Submitted by Users

Followers  1

Start new topic

SORT BY ▾

| | | |
|---|---|---|
| **NOTICE to Defendant Kunal Bansal - Service of Legal Process - Bungie, Inc. v. Bansal, et al., Case No. 2:21-cv-1111-TSZ (W.D. Wash.)** By ElectronicService, 30 minutes ago | 0 replies 13 views | ElectronicService 30 minutes ago |
| **Bloodhunt Cheat Video** By **Maximus**, October 9 | 0 replies 200 views | **Maximus** October 9 |
| **EscapeFromTarkov Potato_xD** By Potato_xD, June 27 | 0 replies 1.2k views | Potato_xD June 27 |
| **هك روغ كمبني \| Rogue Company Hack** By TrOjAnIIX, February 6 | 0 replies 1.3k views | TrOjAnIIX February 6 |
| **Rust skills ez fly** By Potato_xD, February 4 | 0 replies 526 views | Potato_xD February 4 |
| **COD Zeta Clips** By Asterope.SMFC, December 10, 2020  `cod warzone` | 0 replies 692 views | Asterope.SMFC December 10, 2020 |
| **Road to Ranked feat. Lavicheats** By Jjake3275, September 21, 2020  `rainbow six siege`  `rainbow six`  (and 1 more) ▾ | 0 replies 1.3k views | Jjake3275 September 21, 2020 |
| **lavicheats [Valorant Cheat] Highlight #1** By PKP98, June 18, 2020 | 2 replies 2.1k views | Zakk41 August 25, 2020 |
| **Warzone Moments (Kuru COD Cheat)** By C04Hayden, July 19, 2020 | 0 replies 1.3k views | C04Hayden July 19, 2020 |
| **Apex Wins** By Lavi, January 3, 2020 | 6 replies 2.4k views | hollywood1776 July 12, 2020 |
| **Check Out Our Funny video of killing PUBG Streamers** By Lavi, May 2, 2020 | 1 reply 4.9k views | Boiasta May 9, 2020 |
| **Pubg External WIns** By Lavi, January 13, 2020 | 1 reply 1.4k views | Sxowd March 6, 2020 |
| **Z-radar Showcase \| Best cheat and super awesome cool aimbot** By El_shiba, July 22, 2019 | 0 replies 1.9k views | El_shiba July 22, 2019 |
| **Chicken Dinners!** By Lavi, July 2, 2019 | 12 replies 2.1k views | BossNet July 14, 2019 |

🏠 Home > Public Discussions > MediaSection

☰ All Activity

LaviCheats , the greatest and most advanced gaming augmentation service on the market. Here at LaviCheats, we offer the tools for you to destroy your enemies with the industry's latest and greatest in-game cheating technologies. With our carefully tested, continuously monitored, easy to use, and community-verified cheats.

🔗 **IMPORTANT LINKS**

IMPORTANT LINKS

- Cod Warzone hacks
- Apex Legends hacks
- Black ops ColdWar hacks
- Escape From Tarkov hacks
- Destiny 2 hacks
- Rust hacks
- Fortnite hacks
- HWID Spoofer hacks
- Valorant hacks
- Dayz hacks
- League Of Legends
- Splitgate Hacks
- Bloodhunt Hacks
- Naraka Bladepoint
- New World Hacks

🔗 **IMPORTANT LINKS**

NAVIGATION

- Spellbreak hacks
- Overwatch hacks
- Dead By dayligh hacks
- Pubg hacks
- Pubg Adroid/IOS hacks
- Among Us hacks
- Pubg Lite hacks
- Division 2 hacks
- HyperScape hacks
- Rogue Company hacks
- ARK: Survival Evolved
- Hunt: Showdown Hacks
- Battlefield 2042 Cheats
- Cod Vanguard hack
- Back 4 Blood Cheat

LAVI CHEATS
NEXT LEVEL CHEATING

⚙  EXISTING USER? SIGN IN ⏷   SIGN UP

STATUS    CHEATS INFO ⏷    STORE ⏷    DOWNLOADS    🔍 Search...

🏠 Home › Public Discussions › MediaSection › NOTICE to Defendant Kunal Bansal - Service of Legal Process - Bungie, Inc. v. B...    ☰ All Activity

# NOTICE to Defendant Kunal Bansal - Service of Legal Process - Bungie, Inc. v. Bansal, et al., Case No. 2:21-cv-1111-TSZ (W.D. Wash.)

Ⓔ By ElectronicService,
33 minutes ago in MediaSection

Followers  1

Start new topic    **Reply to this topic**

**ElectronicService**
Members

Ⓔ

○ 0
○ 1

Posted 33 minutes ago

•••

Attn: Defendant Kunal Bansal, aka "Lavi"

Pursuant to the Order of the United States District Court for the Western District of Washington dated September 22, 2021, you -- Defendant Kunal Bansal -- are hereby served with the Summons and Complaint in the case captioned Bungie, Inc. v. Bansal, et al., Case No. 2:21-cv-1111-TSZ, pending in the aforementioned Court.

The referenced Order, the Summons, and the Complaint are located at the following link:

https://spaces.hightail.com/space/TrubsLdV3G

For quick reference, the following is stated in the Summons included in the link above:

*"A lawsuit has been filed against you.*

*Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney. . . .*

*If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court."*

The name and address of the Court is the United States District Court for the Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, Washington 98101. The names and contact information of Plaintiff's attorneys are set forth in the Summons.

⊕  💬 Quote

## Join the conversation

You can post now and register later. If you have an account, sign in now to post with your account.

👤  💬 Reply to this topic...

‹ Go to topic listing

🏠 Home › Public Discussions › MediaSection › NOTICE to Defendant Kunal Bansal - Service of Legal Process - Bungie, Inc. v. B...    ☰ All Activity

LaviCheats , the greatest and most advanced gaming augmentation service on the market. Here at LaviCheats, we offer the tools for you to destroy your enemies with the industry's latest and greatest in-game cheating technologies. With our carefully tested, continuously monitored, easy to use, and community-verified cheats.

🔗 **IMPORTANT LINKS**
IMPORTANT LINKS

- Cod Warzone hacks
- Apex Legends hacks
- Black ops ColdWar hacks
- Escape From Tarkov hacks
- Rainbow Six Siege hacks
- Destiny 2 hacks
- Rust hacks
- Fortnite hacks
- HWID Spoofer hacks
- Valorant hacks
- Dayz hacks
- League Of Legends
- Splitgate Hacks
- Bloodhunt Hacks
- Naraka Bladepoint
- New World Hacks

🔗 **IMPORTANT LINKS**
NAVIGATION

- Spellbreak hacks
- Overwatch hacks
- Dead By dayligh hacks
- Pubg hacks
- Pubg Adroid/IOS hacks
- Among Us hacks
- Pubg Lite hacks
- Division 2 hacks
- HyperScape hacks
- Rogue Company hacks
- ARK: Survival Evolved
- Hunt: Showdown Hacks
- Battlefield 2042 Cheats
- Cod Vanguard hack
- Back 4 Blood Cheat

