# EXHIBIT 4


# Destiny 2 Hacks | Private Destiny 2 Cheat with Aimbot, ESP

As you may or may not already know, Bungie has filed a lawsuit against Lavicheats on August 18th for selling hacks for Destiny 2. Lavicheats has discontinued selling Destiny 2 because of the lawsuit, but we want you to know that we recommend https://icobracheats.com/destiny-2-premium/ for getting destiny 2 hacks as we can't sell it anymore. As it is recommended by Lavicheats, it will have all the cheats that you need for your game, including Aimbot, wallhacks, and ESP to allow you to have info on your opponents that you need for an edge.

Destiny 2, the sequel to 2014's Destiny, is a multiplayer first person shooter game supported on PS4, Xbox One, and Windows. There are two types of playing environments; Player versus Player (PvP) and Player versus Environment (PvE). In PvP, you can either attack other players in a winner take all fight or compete to achieve objectives. In PvE, there is a storyline to follow, free roaming, strikes, and raiding. In order to advance and upgrade your weapons, you will need to do all of those things quickly.



There are multiple ways to get ahead in a first person shooter game like Destiny 2, and the best ways are the ones that won't get you caught. Free hacks litter the internet waiting to be downloaded but usually end in one of three ways: the game detects you, your machine is infected with a virus or malware, or it is a convoluted money making scheme of surveys and data sharing.

High end specialty hacks have the benefit of coming from experienced designers who can get you quality code that will slide through undetected during gameplay. These hacks have had more time and energy spent on them, making them much more reliable. There is a variety to pick from. Most are charged at a monthly rate and come with tech support.

The most common hacks available are Aimbots, Wallhacks, and ESP. All provide ways to let you come out the winner in both PvE and PvP environments, but each has its own strengths.



## Destiny 2 AIMBOT

For Destiny 2, the Aimbot comes with most hacking packages, and as it is common to first person shooter games, it was one of the first designed. A good designer can provide an Aimbot hack that is undetectable, and below are a few of the favorites currently available.

### Precision Aimbot

Aimbots provide precision aim and efficient shooting to take out enemy players as quickly as possible. If you consistently take out players when you shouldn't really be able to, it can bring attention from the game administrators. So, unless you are not concerned about getting caught and banned, using a little discretion in how effectively you use an Aimbot would be a good idea.

- Bone Prioritization
- Aim Smoothing
- Limit Aimbot Field of Vision
- Aim at Players and NPCs
- Customizable Aimkey

### Destiny 2 ESP

Extra Sensory Perception gives you all the information you need to take your enemies down fast. In both PvP and PvE, ESP will give you the edge over everyone thereby providing you with a wealth of information. Benefits of ESP in Destiny 2

- 3D Box
- Head Dot
- Health Bar
- Player Location
- NPC Location
- Distance Filter

Each of these options lets you know how to find other players and NPCs, their health status, and a lock on Head Dot for an easy takedown. You can also find loot and objects quicker when they are marked with a box. Some ESP hacks also give you options like Target Line of Vision. Markers for the location of enemy players, NPC's, or objects to loot can appear as textboxes

### Destiny 2 WALLHACKS

The simple but effective wallhack is a mainstay of the first person shooter. These hacks let you modify the properties of the wall to make them transparent to or to allow you to shoot through them. The ESP hack gives you all the information you need with text boxes and labels, so being able to see through walls can help you find enemy players and objects for looting. Specialty hacks like these are designed to go undetected by the game administration, but in order to be as invisible as possible, you will need to do your part. If you end up shooting a lot of players through a wall or get noticed lying in wait for someone you shouldn't be able to detect can send up a flag to game admin.

### Destiny 2 OTHER HACKS

Some creators offer a few other handy features to make your game play even better. If Aimbots and ESP don't cause enough havoc, then try adding in a few of these options.

- Unlimited Ammunition
- Instant Respawn — For Solo Raiding
- GOD Mode — For PvE only. Prevents you from taking damage.
- Steamproof — Keeps your hacks undetected during streaming so your viewers won't see them as well
- No Recoil
- Set Weapons to Full Auto Fire Mode
- Rate of Fire Modifier
- Ultra Spells Cooldown Reducer
- Skill Recharges - Get unlimited super abilities with the skill recharge hack
- Farming Hacks – In Shadowkeep, use this to cut down the amount of time spent farming and farm exotic items instead.

These hacks come at a premium price but provide excellent options to get the most out of the game. Before Destiny 2 was released, and due to its online only access, GOD mode and Unlimited Ammunition or Lives were considered unfeasible as hacks, and yet some designers claim to be selling undetectable hack options.

GOD modes have been known to show up as glitches in regular gameplay, so it stands to reason if it can happen by accident in the game, then it should be able to happen on purpose. When in GOD mode, you don't take any damage so accomplishing the more difficult tasks or farming exotic items can help you enjoy just playing the game without being killed.

Bungie, the company that owns the publishing rites of Destiny 2, has been mostly unable to put any blocks up against hacks being used in the game. Players can be banned for performing blatant cheats and hacks as other players always have the option of turning you in if they suspect you of using hacks. The game administrators are running anti-cheat measures and are responsible for detecting many of the low quality, free hacks that are floating around.

## Conclusion

Using a hack is the best and fastest way to get you to advance through the game, gathering experience, and letting you grind and farm faster to upgrade your weapons and armor. Experience is what makes your character get stronger, and completing tasks and winning fights is the best way to get it with a little help from the hacks above.

Home > Destiny 2

All Activity

# Destiny 2 Hacks | Private Destiny 2 Cheat with Aimbot, ESP

As you may or may not already know, Bungie has filed a lawsuit against Lavicheats on August 18th for selling hacks for Destiny 2. Lavicheats has discontinued selling Destiny 2 because of the lawsuit, but we want you to know that we recommend https://cobracheats.com/destiny-2-premium/ for getting destiny 2 hacks as we can't sell it anymore. As it is recommended by Lavicheats, it will have all the cheats that you need for your game, including Aimbot, wallhacks, and ESP to allow you to have info on your opponents that you need for an edge.

Destiny 2, the sequel to 2014's Destiny, is a multiplayer first person shooter game supported on PS4, Xbox One, and Windows. There are two types of playing environments; Player versus Player (PvP) and Player versus Environment (PvE). In PvP, you can either attack other players in a winner take all fight or compete to achieve objectives. In PvE, there is a storyline to follow, free roaming, strikes, and raiding. In order to advance and upgrade your weapons, you will need to do all of those things quickly.

**Member Statistics**

Total Members: 58,519

Most Online: 33,292
July 29

NEWEST MEMBER
mrgalhian
Joined Just now

Posts