UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUNGIE, INC.,

                Plaintiff,

    v.

KUNAL BANSAL,

                Defendant.

C21-1111 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Having reviewed Plaintiff's *ex parte* motion, docket no. 21, to determine compliance with the Court's order regarding alternative service, the Court concludes that Plaintiff has complied with the Court's order authorizing alternative service, docket no. 10. The effective date of service on Defendant Bansal is November 22, 2021.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 7th day of December, 2021.

                                          Ravi Subramanian
                                          Clerk

                                          s/Gail Glass
                                          Deputy Clerk

MINUTE ORDER - 1