HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KUNAL BANSAL,<br><br>    Defendant. | Case No. 2:21-cv-1111-TL<br><br>DECLARATION OF STACIA N. LAY IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT KUNAL BANSAL<br><br>NOTE ON MOTION CALENDAR:<br>December 15, 2021 |

I, Stacia N. Lay, declare and state as follows:

1. I am an attorney at Focal PLLC and represent Plaintiff Bungie, Inc. in this action. I am over 18 years of age. This Declaration is based upon personal knowledge.

2. As of the filing of this second motion for entry of default, Bungie has not received an answer or other responsive pleading to the Complaint from Defendant Kunal Bansal, nor has any appearance been filed on his behalf in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of December, 2021, at Seattle, Washington.

                                                *s/ Stacia N. Lay*
                                                STACIA N. LAY

DECLARATION OF STACIA N. LAY
(Case No. 2:21-cv-1111-TL) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966