HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KUNAL BANSAL, an individual, d/b/a LAVICHEATS.COM,<br><br>　　　　Defendant. | Case No. 2:21-cv-1111-TL<br><br>DECLARATION OF STACIA N. LAY IN SUPPORT OF PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION FOR LEAVE TO SEEK LIMITED DISCOVERY<br><br>NOTE ON MOTION CALENDAR:<br>July 7, 2022 |

I, Stacia N. Lay, declare and state as follows:

1. I am an attorney at Focal PLLC and represent Plaintiff Bungie, Inc. in this action. I am over 18 years of age. This Declaration is based upon personal knowledge unless otherwise stated, in which case I believe the information to be true.

2. As alleged in Bungie's Complaint in this action, Defendant Kunal Bansal markets, distributes, sells and offers support for software "cheats" or "hacks" for Bungie's copyrighted video game "Destiny 2."

3. At the outset of this case, Bansal – who is believed to use the pseudonym "Lavi" – engaged in his unlawful activities via, in part, a website that he operates at lavicheats.com (the "**Lavicheats Website**"). However, Bungie's ongoing investigation indicates that Bansal has expanded and/or moved his unlawful business of offering Destiny 2 cheats to other websites, including but not limited to lavicheats.org, cobracheats.com, and protocolv.com

DECLARATION OF STACIA N. LAY
(Case No. 2:21-cv-1111-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

(collectively with lavicheats.com, the "**Lavi Websites**").

4. For example, with respect to the cobracheats.com website, Bansal "recommended" the site for "all the cheats that you need for your game" as part of a post on the Lavicheats Website discussing this lawsuit. Following is a screenshot of the post that I captured from the Lavicheats Website:



A true and correct copy of a screenshot showing the statement in the context of the full page that I captured from the Lavicheats Website on November 22, 2021, is attached hereto as **Exhibit 1**.

5. In addition to the Lavicheats Website's "recommendation" that users purchase their Destiny 2 cheats from Cobracheats, other indicators uncovered in Bungie's investigation link the Lavicheats, and therefore Bansal, to the Cobracheats website. For example, the Cobracheats website uses Lavicheats-branded materials such as videos also used on the Lavicheats Website; the download link for the cheats obtained from cobracheats.com is the same as the link for cheats obtained from the Lavicheats Website; and Cobracheats and Lavicheats share the same support staff on third-party services (specifically, Discord). Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot of the cobracheats.com Destiny 2 cheats page that I captured on June 8, 2022, that shows the same Lavicheats-branded video that was also used on the Lavicheats Website.

DECLARATION OF STACIA N. LAY
(Case No. 2:21-cv-1111-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

6. With respect to the lavicheats.org website, it used the same "Lavi" "L" logo used on the Lavicheats Website and an order for a Destiny 2 cheat from lavicheats.org directs a purchaser to the Lavicheats Website to obtain download access to the purchased cheat.

7. Attached hereto as **Exhibit 3** is a true and correct copy of a screenshot of the lavicheats.org website that I captured from the Internet Archive Wayback Machine on June 9, 2022 that includes the "Lavi" "L" logo.

8. Attached hereto as **Exhibit 4** is a screenshot of the checkout for a Destiny 2 cheat purchase from lavicheats.org captured in the course of Bungie's investigation that includes a link to the Lavicheats Website for download access to the cheat.

9. With respect to the protocolv.com website, a number of indicators link it to Bansal's activities. For example, first, the homepage includes identical content to that of the lavicheats.org website, including the use of the same "Lavi" "L" logo used on the Lavicheats Website. Second, the various Destiny 2 cheats product pages again uses that "Lavi" logo as well as "Lavicheats"-branded images for the cheats. Third, an attempted purchase of a Destiny 2 cheat from the protocolv.com website refers to "Lavigaming Services."

10. Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot of the protocolv.com homepage that I captured on June 8, 2022 that includes the "Lavi" "L" logo and references "LaviCheats."

11. Attached hereto as **Exhibit 6** are true and correct copies of screenshots of product pages for Destiny 2 cheats that I captured from the protocolv.com website on June 8, 2022.

12. Attached hereto as **Exhibit 7** is a screenshot of an attempted purchase of a Destiny 2 cheat from the protocolv.com website that was captured in the course of Bungie's investigation that references "Lavigaming Services."

13. Additionally, Bungie's investigation prior to filing its Complaint in this action as well as its ongoing investigation of Bansal's activities have revealed evidence that a number of third-party service providers have connections to Bansal's marketing, sale, distribution, and support of the cheats for Destiny 2.

DECLARATION OF STACIA N. LAY
(Case No. 2:21-cv-1111-TL) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

14. These third-party service providers include a domain name registrar (Namecheap); a website development/platform provider (Invision Power Services); a content distribution service provider (Cloudflare); payment processors (Stripe, PayDash, Coinbase); communication/distribution services (Discord); and email/analytic services (Google).

15. For example, the lavicheats.com, cobracheats.com, and protocolv.com domains are all registered via Namecheap.

16. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from a DomainTools report for lavicheats.com that I obtained on July 15, 2021. Attached hereto as **Exhibit 9** is a true and correct copy of the Whois data for lavicheats.com that I obtained from the Namecheap Whois Lookup on June 9, 2022.

17. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from a DomainTools report for cobracheats.com that I obtained on May 31, 2022. Attached hereto as **Exhibit 11** is a true and correct copy of the Whois data for cobracheats.com that I obtained from the Namecheap Whois Lookup on June 9, 2022.

18. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from a DomainTools report for protocolv.com that I obtained on June 8, 2022. Attached hereto as **Exhibit 13** is a true and correct copy of the Whois data for protocolv.com that I obtained from the Namecheap Whois Lookup on June 9, 2022.

19. Further, Stripe, PayDash, and Coinbase appear to have provided payment processing services or otherwise facilitated transactions on one or more of the Lavi Websites. Each of the Lavi Websites offered payment options via Stripe, Coinbase, or PayDash. Test purchases, or attempted test purchases, of the Destiny 2 cheats further indicate that the Lavi Websites use one or more of these payment processor services.

20. For example, Exhibit 4 identified above, which consists of a screenshot of the checkout for a Destiny 2 cheat purchase from lavicheats.org, indicates that the purchase was made using the Stripe credit card option.

21. Attached hereto as **Exhibit 14** is a true and correct copy of a screenshot of the

DECLARATION OF STACIA N. LAY
(Case No. 2:21-cv-1111-TL) – 4

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

order page for a Destiny 2 cheat on the cobracheats.com website that I captured on June 8, 2022. The screenshot references both a Stripe credit card and a Coinbase cryptocurrency payment option.

22. Attached hereto as **Exhibit 15** is a true and correct copy of a screenshot of the checkout page for a Destiny 2 cheat on the protocolv.com website that I captured on June 8, 2022. The screenshot shows a Stripe credit card payment option.

23. Attached hereto as **Exhibit 16** are screenshots of the payment options page for the lavicheats.com website and the linked PayDash page when a purchaser selects the "Card V2/UK Bank Transfer" option on the Lavicheats Website, which were captured in the course of Bungie's investigation.

24. Bungie's investigation further uncovered evidence that Bansal used Discord servers to, among other relevant activities, facilitate sales and distribution of the Destiny 2 cheats and provide customer support. The investigation also revealed evidence suggesting that Bansal uses a number of Google services in connection with the unlawful activities, including Gmail and Google Analytics, which, among other things, tracks and reports website traffic.

25. Each of these third-party service providers are believed to have evidence relating to Bansal's promotion, sale, distribution, and/or support of the cheats for Destiny 2 that is critical to Bungie's upcoming motion for default judgment.

26. Similarly, although Bungie's investigation points to Bansal as the primary – if not sole – owner and operator of the Lavi Websites, discovery from the third-party service providers identified above is also likely to disclose evidence confirming Bansal's identity.

27. Therefore, in order to obtain evidence necessary to its upcoming motion for default judgment against Bansal, Bungie seeks leave to request business records from the following eight third-party service providers connected to Bansal, the Destiny 2 cheats, and the Lavi Websites: (a) Namecheap, Inc.; (b) Cloudflare, Inc.; (c) Invision Power Services, Inc.; (d) Stripe, Inc.; (e) PayDash Limited; (f) Coinbase Global, Inc.; (g) Discord Inc.; and (h) Google LLC. Attached hereto as **Exhibit 17** are the requests for documents that Bungie seeks to serve on

DECLARATION OF STACIA N. LAY
(Case No. 2:21-cv-1111-TL) – 5

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1 each of these third-party service providers via subpoena or, in the case of PayDash, a Letter of Request pursuant to the Hague Evidence Convention. Bungie will seek issuance of the Letter of Request to PayDash via separate motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of July, 2022, at Seattle, Washington.

*s/ Stacia N. Lay*
STACIA N. LAY

DECLARATION OF STACIA N. LAY
(Case No. 2:21-cv-1111-TL) – 6

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966