UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KUNAL BANSAL, an individual, d/b/a LAVICHEATS.COM,<br><br>Defendant. | Case No. 2:21-cv-1111-TL<br><br>ORDER PARTIALLY GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION FOR LEAVE TO SEEK LIMITED DISCOVERY |

This matter comes before the Court on Plaintiff Bungie, Inc.'s *Ex Parte* Motion for Leave to Seek Limited Discovery (Dkt. No. 31). Having considered Plaintiff's motion and supporting declaration, the Court GRANTS IN PART and DENIES IN PART Plaintiff's motion. The Court ORDERS as follows:

1. Plaintiff is GRANTED leave to serve the limited discovery described in Exhibit 17 (Dkt. No. 32-17) to the following third-party service providers: (a) Namecheap, Inc.; (b) Cloudflare, Inc.; (c) Stripe, Inc.; (d) PayDash Limited; and (e) Coinbase Global, Inc.; and

2. The Court FINDS that Plaintiff has not provided enough information to support a request for limited discovery against the following entities at this time: (a) Invision Power Services, Inc.; (b) Discord Inc.; and (c) Google LLC . Therefore, Plaintiff's motion with respect to these three entities is DENIED with leave to amend.

ORDER PARTIALLY GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION FOR LEAVE TO SEEK LIMITED DISCOVERY

Dated this 8th day of July 2022.

Tana Lin
United States District Judge