HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KUNAL BANSAL, an individual, d/b/a LAVICHEATS.COM,<br><br>    Defendant. | Case No. 2:21-cv-1111-TL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* APPLICATION FOR ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION |

This matter came before the Court on Plaintiff Bungie, Inc.'s *Ex Parte* Application for Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention.

The Court, having reviewed the application and supporting Declaration, and being fully apprised on the matter, hereby GRANTS the Application for Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Convention, and will execute the Letter of Request filed with the Application.

IT IS SO ORDERED.

Dated this 3rd day of August 2022.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR LETTER OF REQUEST
(Case No. 2:21-cv-1111-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Presented by:

FOCAL PLLC

By: *s/ Stacia N. Lay*
*s/ Venkat Balasubramani*
Stacia N. Lay, WSBA #30594
Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: stacia@focallaw.com
Email: venkat@focallaw.com

Attorneys for Plaintiff Bungie, Inc.

[PROPOSED] ORDER GRANTING APPLICATION FOR LETTER OF REQUEST
(Case No. 2:21-cv-1111-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966