HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KUNAL BANSAL, an individual, d/b/a LAVICHEATS.COM,<br><br>    Defendant. | Case No. 2:21-cv-1111-TL |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970
ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL
MATTERS TO OBTAIN RELEVANT PHYSICAL EVIDENCE FROM PAYDASH LTD.**

The Honorable Tana Lin, United States District Judge of the United States District Court for the Western District of Washington, hereby requests international judicial assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence in Civil or Commercial Matters (the "Hague Evidence Convention"), to obtain evidence to be used in the above-captioned civil proceeding pending before this Court (the "U.S. Civil Proceeding"). This Court has determined that it would further the interests of justice if PayDash Limited – a company incorporated in the United Kingdom that provided payment processing services to a party in the U.S. Civil Proceeding – provides documents in its possession relevant to the issues in this case.

This Request has been made upon the motion of Plaintiff Bungie, Inc. ("Bungie"), who

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

has advised this Court that the evidence sought from PayDash Limited is relevant and necessary for the due determination of the matters in dispute between the parties in this case involving violations of U.S. federal and state law – including violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201; copyright infringement under the Copyright Act, 17 U.S.C. § 101 *et seq.*; trademark infringement and false designation of origin under the Lanham Act, 15 U.S.C. § 1051 *et seq.*; violation of the Washington Consumer Protection Act, RCW 19.86 *et seq.*; tortious interference with contractual relationship; and unjust enrichment.

Having considered the submissions of Bungie, this Court has found that this Request is necessary in the interests of justice for the full and fair determination of the matters at issue among the parties to this pending proceeding.

1. **Senders**

    Plaintiff Bungie, Inc.
    c/o Stacia N. Lay
    stacia@focallaw.com
    Venkat Balasubramani
    venkat@focallaw.com
    Focal PLLC
    900 1st Ave. S., Suite 201
    Seattle, Washington 98134
    U.S.A.
    Tel. (206) 529-4827
    Fax (206) 260-3966

    *As Authorized By:*
    The Honorable Tana Lin
    United States District Judge
    U.S. District Court for the Western District of Washington
    700 Stewart Street, Suite 2310
    Seattle, Washington 98101

2. **Central authority of the requested state**

    The Senior Master
    For the attention of the Foreign Process Section
    Room E16
    Royal Courts of Justice
    Strand
    LONDON WC2A 2LL

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**3.     Person to whom the executed request is to be returned**

Plaintiff Bungie, Inc.
c/o Stacia N. Lay
stacia@focallaw.com
Venkat Balasubramani
venkat@focallaw.com
Focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
U.S.A.
Tel. (206) 529-4827
Fax (206) 260-3966

Charlie Wedin
charlie.wedin@osborneclarke.com
Jamie Halpin
jamie.halpin@osborneclarke.com
Osborne Clarke LLP
One London Wall
London
EC2Y 5EB


On behalf of:
The Honorable Tana Lin
United States District Judge
U.S. District Court for the Western District of Washington
700 Stewart Street, Suite 2310
Seattle, Washington 98101

**4.     Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request**

A response is requested as soon as reasonably practicable, and in any event within 14 days of service of the Letter of Request, in order to ensure that the evidence may be obtained prior to Plaintiff Bungie, Inc.'s intended motion seeking entry of judgment against the Defendant in the pending U.S. Civil Proceeding.

**5.     In conformity with Article 3 of the Convention, the undersigned applicant has the honor to submit the following request:**

**(a) Requesting judicial authority (Article 3, *a*))**

The Honorable Tana Lin

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 3

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

United States District Judge
U.S. District Court for the Western District of Washington
700 Stewart Street, Suite 2310
Seattle, Washington 98101

**(b) The competent authority of (Article 3, *a*))**

The Senior Master
For the attention of the Foreign Process Section
Room E16
Royal Courts of Justice
Strand
LONDON WC2A 2LL

**(c) Names of the case and any identifying number**

*Bungie, Inc.*, Plaintiff *v. Kunal Bansal*, Defendant, Case No. 2:21-cv-1111-TL (W.D. Wash.).

**6.     Names and addresses of the parties and their representatives (including representatives in the requested State) (Article 3, b))**

**(a)     Plaintiff and Representative**

Plaintiff Bungie, Inc.

*Representatives:*
Stacia N. Lay
stacia@focallaw.com
Venkat Balasubramani
venkat@focallaw.com
Focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
U.S.A.
Tel. (206) 529-4827
Fax (206) 260-3966

Charlie Wedin
charlie.wedin@osborneclarke.com
Jamie Halpin
jamie.halpin@osborneclarke.com
Osborne Clarke LLP
One London Wall
London
EC2Y 5EB

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 4

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

**(b)     Defendant and Representative**

Defendant Kunal Bansal

Representative: None

**7.     (a) Nature of the proceedings (Article 3, c))**

The above-captioned pending case is a civil proceeding in the United States District Court for the Western District of Washington. The case arises from Defendant Kunal Bansal's marketing, sale, and distribution of "hacks" or "cheats" for Bungie's online, multiplayer first-person shooter video game franchise, "Destiny", and specifically "Destiny 2," the latest chapter in the franchise. Bungie alleges a number of claims under U.S. federal law as well as Washington State law.

**(b) Summary of complaint**

Bungie is the owner of the video game franchise "Destiny." Bungie also is the owner of all rights, title and interest in the copyrights in "Destiny 2," the most recent chapter in the "Destiny" franchise. Those copyrights are the subject of a number of U.S. copyright registrations. Bungie also owners numerous trademarks associated with the Destiny franchise.

Defendant Kunal Bansal, via websites and using third-party online service providers, marketed, distributed, sold, and/or supported "cheats" or "hacks" for use in connection with Bungie's Destiny 2 game that give players an unfair advantage in the game and which are barred by Bungie's Limited Software License Agreement. These cheats – referred to as the Lavicheats – infringe on Bungie's copyrights in Destiny 2 by, among other things, modifying the game's visual output and the way the game performs for the player using the cheats. The Lavicheats, by employing means to avoid detection of the cheats, also circumvent technological measures Bungie has in place to control access to its copyrighted work, Destiny 2. Additionally, in advertising and marketing the Lavicheats, Defendant Bansal used Bungie's DESTINY trademarks as well as images and artwork from Bungie's copyrighted work, Destiny 2.

Based on these and other allegations, Bungie has alleged the following claims in its Complaint in the pending U.S. Civil Proceeding: trafficking in circumvention devices

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 5

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

1  (17 U.S.C. § 1201(a)(2)); contributory and vicarious copyright infringement (17 U.S.C. § 101 *et seq.*); trademark infringement (15 U.S.C. § 1114); false designation of origin and unfair competition (15 U.S.C. § 1125(a)); violation of Washington Consumer Protection Act (RCW 19.86 *et seq.*); tortious interference with contractual relationship; and unjust enrichment. In addition to Defendant Kunal Bansal, the Complaint named several other defendants. However, those other defendants have since been dismissed and therefore the claims in the U.S. Civil Proceeding are pending only against Defendant Kunal Bansal.

**(c) Summary of defense and counterclaim**

Defendant Kunal Bansal, despite being properly served with the Complaint in this case and receiving notice of the claims against him, elected not to appear in the U.S. Civil Proceeding.

**(d) Other necessary information or documents**

A copy of the Complaint filed in this pending proceeding is attached in Appendix 1 hereto.

**8.   (a) Evidence to be obtained or other judicial act to be performed (Article 3, *d*))**

Plaintiff Bungie, Inc. asks that its requests for documents – outlined in section 10 below – be duly enforced by the Central Authority for the United Kingdom against PayDash Limited. Bungie contends that the documents in the possession of PayDash Limited are necessary to prove essential elements of its claims against Defendant Kunal Bansal.

**(b) Purpose of the evidence or judicial act sought**

The evidence sought in this Request is intended for use in the pending U.S. Civil Proceeding between Plaintiff Bungie, Inc. and Defendant Kunal Bansal currently pending in the above-referenced U.S. court in order to demonstrate Bungie's entitlement to relief against Defendant. Plaintiff's investigation indicates that Defendant Kunal Bansal used PayDash Limited to provide payment processing services in connection with the activities described in the Complaint. Therefore, PayDash Limited is likely to have information relevant to, in particular, the scope and quantum of the damages caused by Defendant Bansal's unlawful activities. The evidence is intended to be used in connection with Bungie's upcoming request for entry of

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 6

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

judgment against Defendant Bansal on those damages.

**9.     Identity and Address of Person to be Examined**

No witness examination is sought; however, documentary evidence is sought from PayDash Limited of Leonard Curtis House 1a Elms Square, Bury New Road, Whitefield, M45 7TA, as outlined below.

**10.    Documents or other property to be inspected (Article 3, *g*))**

Plaintiff Bungie, Inc. seeks documentary evidence responsive to the following requests for production. It would further the interests of justice for PayDash to produce or make available for inspection the documents in its possession, custody, or control set forth below. Based upon the facts and issues presented to it, this Requesting Court believes that PayDash may have the documents set forth below in its possession, custody, or control based on evidence from Plaintiff indicating PayDash's provision of payment processing services to Defendant Kunal Bansal in connection with the Lavicheats for Destiny 2. In addition, the Requesting Court respectfully requests that PayDash authenticate the documents produced in response to the requests set forth below as business records of the company.

Following are the document requests and the applicable definitions that Bungie seeks to present to PayDash Limited. For convenience, it is requested that electronic copies of the documents be provided. Nothing in the following requests shall call for the disclosure of information that is protected from disclosure under the law of the United Kingdom or the United States, including but not limited to the attorney-client privilege and attorney work-product doctrine.

**DEFINITIONS:**

1.     "<u>Document</u>" as used in the document requests shall have the broadest possible meaning ascribed to it and shall include, without limitation, any and all written, printed, typed, recorded, or graphic matter of every type and description, in PayDash Limited's possession, custody, or control.

2.     "<u>Identify</u>" means:

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 7

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

     a.    for individuals, to provide the name, user name, home address(es), office address(es), mailing address(es), billing address(es), email address(es), telephone numbers, facsimile numbers, Media Access Control (MAC) number, related websites, URLs, IP Addresses used by the subscriber with the date, time zone, hour, minute, and second when each IP address was used, and any and all other identifying information, including for example, information contained on any activity logs;

     b.    for entities, to provide the name, office address(es), mailing address(es), billing address(es), email address(es), telephone numbers, facsimile numbers, Media Access Control (MAC) number, related websites, URLs, IP Addresses used by the subscriber with the date, time zone, hour, minute, and second when each IP address was used, and any and all other identifying information, including for example, information contained on any activity logs; and

     c.    in all other instances, the term shall be construed in accordance with its ordinary meaning with the intent of providing sufficient information to identify the requested subject matter.

3.    "IP Address" means Internet Protocol address and Internet Protocol number.

4.    "Know Your Customer information" or "KYC information" means any information you request and/or collect – whether voluntarily or pursuant to legal requirements – to verify the identity of individuals.

5.    "You" or "Your" means PayDash Limited and its attorneys, agents, employees, officers, representatives, former directors, and any other person or entity acting on behalf and/or in control of PayDash Limited.

**DOCUMENT REQUESTS:**

Document Request No. 1.    Documents sufficient to Identify all accounts linked to, associated with, or related to any of the following identifiers, and any and all related accounts:

    a.  Kunal Bansal

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 8

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

      b.  kunalbansal922@gmail.com

      c.  lavicheats.com

      d.  lavicheats.org

<u>Document Request No. 2</u>.    To the extent not produced in response to any other document request, Know Your Customer information for each of the accounts identified in response to Document Request No. 1.

<u>Document Request No. 3</u>.    Documents sufficient to Identify all individuals and/or entities who have at any time held, owned, or administered any of the accounts identified in response to Document Request No. 1.

<u>Document Request No. 4</u>.    All IP addresses used to access, log into, or register, any of the accounts identified in response to Document Request No. 1.

<u>Document Request No. 5</u>.    All sales, transaction, and payment processing data for all of the accounts identified in response to Document Request No. 1 from and including 2019 to the present.

**11.    Special methods or procedure to be followed (Articles 3 *i*) and 9))**

Except to the extent that such rules are incompatible with English law, it is respectfully requested that the responses to the requests for production follow the instructions outlined above, which are pursuant to United States procedural guidelines, specifically, the Federal Rules of Civil Procedure. It is further requested that PayDash Limited provide general information regarding any responsive documents in its possession over which it claims privilege.

**12.    Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)**

The undersigned requests notification of the time and place for the execution of the Request to be sent to the following persons:

Counsel for Plaintiff Bungie, Inc.:
Stacia N. Lay
stacia@focallaw.com
Venkat Balasubramani
venkat@focallaw.com

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 9

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

Focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
U.S.A.
Tel. (206) 529-4827
Fax (206) 260-3966

Charlie Wedin
charlie.wedin@osborneclarke.com
Jamie Halpin
jamie.halpin@osborneclarke.com
Osborne Clarke LLP
One London Wall
London
EC2Y 5EB


The Honorable Tana Lin
United States District Judge
U.S. District Court for the Western District of Washington
700 Stewart Street, Suite 2310
Seattle, Washington 98101

**13.   Specification of privilege or duty to refuse to give evidence under the law of the State or origin (Article 11, *b*))**

All documentary evidence to be provided pursuant to the Request will be subject to any applicable assertions of privilege available under the law of the United States and/or the law of the United Kingdom. If any documents are withheld on such grounds, a statement to that effect should be provided indicating what documents are withheld or redacted and the nature of the privilege claimed.

**14.   The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:**

Counsel for Plaintiff Bungie, Inc. respectfully requests that it be notified if reimbursement is to be sought for any costs or fees that may be incurred:

Stacia N. Lay
stacia@focallaw.com
Venkat Balasubramani
venkat@focallaw.com
Focal PLLC
900 1st Ave. S., Suite 201

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 10

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

Seattle, Washington 98134
U.S.A.
Tel. (206) 529-4827
Fax (206) 260-3966

DATE OF REQUEST: 3 August 2022

SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY

Honorable Tana Lin
United States District Judge

Dated this 3rd day of August 2022.

REQUEST FOR JUDICIAL ASSISTANCE
(Case No. 2:21-cv-1111-TL) – 11

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966