HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KUNAL BANSAL, an individual, d/b/a LAVICHEATS.COM,<br><br>    Defendant. | Case No. 2:21-cv-1111-TL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* AMENDED MOTION FOR LEAVE TO SEEK LIMITED DISCOVERY |

This matter came before the Court on Plaintiff Bungie, Inc.'s *Ex Parte* Amended Motion for Leave to Seek Limited Discovery (Dkt. No. 39). Having considered Plaintiff's motion and supporting declaration, the Court hereby ORDERS as follows:

    1.    Plaintiff's motion is GRANTED;

    2.    Plaintiff is GRANTED leave to serve the limited discovery described in Exhibit 22 (Dkt. No. 40-22) to the following three third-party service providers: (a) Discord Inc.; (b) Google LLC; and (c) Invision Power Services, Inc.

IT IS SO ORDERED.

Dated this 4th day of August 2022.

*/s/ Tana Lin*
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING AMENDED MTN FOR DISCOVERY
(Case No. 2:21-cv-1111-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

1

2  Presented by:

3  FOCAL PLLC

4  By:   *s/ Stacia N. Lay*
       *s/ Venkat Balasubramani*
5     Stacia N. Lay, WSBA #30594
      Venkat Balasubramani, WSBA #28269
6     900 1st Avenue S., Suite 201
      Seattle, Washington 98134
7     Tel: (206) 529-4827
      Fax: (206) 260-3966
8     Email: stacia@focallaw.com
      Email: venkat@focallaw.com
9

10 Attorneys for Plaintiff Bungie, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING AMENDED MTN FOR DISCOVERY
(Case No. 2:21-cv-1111-TL) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966