HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BUNGIE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KUNAL BANSAL, an individual, d/b/a LAVICHEATS.COM,<br><br>    Defendant. | Case No. 2:21-cv-1111-TL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF BUNGIE, INC.'S *EX PARTE* MOTION TO FILE OVERLENGTH MOTION FOR DEFAULT JUDGMENT |

    This matter comes before the Court on Plaintiff Bungie, Inc.'s *Ex Parte* Motion to File Overlength Motion for Default Judgment (Dkt. No. 43). Having considered Plaintiff's Motion and the pleadings and filings herein, and being fully informed, the Court GRANTS Plaintiff's motion.

    IT IS SO ORDERED.

Dated this 17th day of February, 2023.

_____
Tana Lin
United States District Judge

---

[PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO FILE OVERLENGTH MOTION FOR DEFAULT JUDGMENT
(Case No. 2:21-cv-1111-TL) – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  Presented by:

2  FOCAL PLLC

3  By:   *s/ Stacia N. Lay*
          *s/ Venkat Balasubramani*
4         Stacia N. Lay, WSBA #30594
          Venkat Balasubramani, WSBA #28269
5         900 1st Avenue S., Suite 201
          Seattle, Washington 98134
6         Tel: (206) 529-4827
          Fax: (206) 260-3966
7         Email: stacia@focallaw.com
          Email: venkat@focallaw.com
8
   Attorneys for Plaintiff Bungie, Inc.
9

[PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO FILE
OVERLENGTH MOTION FOR DEFAULT JUDGMENT
(Case No. 2:21-cv-1111-TL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966